329 So.2d 102

In re F. R. INGRAM

v.

George ERWIN, Individually, et al.

Ex parte F. R. Ingram.

SC 1746.

Supreme Court of Alabama.

April 2, 1976.

Erskine R. Lindsey, Birmingham, for petitioner.

No appearance for respondent.

EMBRY, Justice.

Petition of F. R. Ingram for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Ingram v. Erwin et al.*, 57 Ala. App. 408, 329 So.2d 99.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.